UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID T. BURBO,  Case No. 09-13663

        Honorable Patrick J. Duggan

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

Plaintiff initiated this action to challenge the Commissioner of Social Security's ("Commissioner") final decision denying his application for Social Security Disability Insurance Benefits. Plaintiff and the Commissioner filed motions for summary judgment. In an Opinion and Order entered on this date, the Court denied Plaintiff's motion and granted the Commissioner's motion. The Court held that substantial evidence supported the Commissioner's decision to deny benefits.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that judgment is granted in favor of the Commissioner and against Plaintiff;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: July 28, 2010      s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Copies to:
David T. Burbo

4955 Lathrop
Trenton, MI   48183

AUSA Judith Levy

Magistrate Judge Donald Scheer